UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                        CASE NO. 06-40097-TLH4
                                              CHAPTER 13
EILEEN R. MCGEE

_____Debtor(s)_____/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
## OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: CHEVRON CREDIT BANK, N.A. which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE**, the Chapter 13 Trustee respectfully submits her check number 408613 in the amount of 27.04 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

                               /s/Leigh D. Hart or
                               /s/William J. Miller, Jr.
                                  OFFICE OF THE CHAPTER 13 TRUSTEE
                                  POST OFFICE BOX 646
                                  TALLAHASSEE, FL 32302
                                  ldhecf@earthlink.net
                                  (850) 681-2734 "Telephone"
                                  (850) 681-3920 "Facsimile"

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| EILEEN R. MCGEE | CHEVRON CREDIT BANK, N.A. |
| 2280 PAGE ROAD | 2001 DIAMOND BLVD |
| TALLAHASSEE, FL 32305 | P.O. BOX 5010 SECT 230 |
| | CONCORD, CA 94524-0010 |

AND

KATHRYN A. HATHAWAY, ESQUIRE
HATHAWAY LAW FIRM
P.O. BOX 3005
TALLAHASSEE, FL 32315

on the same date as reflected on the Court's docket as the electronic filing date for this document.

                                 /s/Leigh D. Hart or
                                 /s/William J. Miller, Jr.
2/25/2011  1:49 pm / CR_213      OFFICE OF CHAPTER 13 TRUSTEE